UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MAURION REASE**, <br> Plaintiff, <br> v. <br> **GREEN TREE SERVICING LLC, ET AL.**, <br> Defendants. | Case No. 15-cv-00927-YGR <br><br> **ORDER VACATING CASE MANAGEMENT CONFERENCE, SETTING COMPLIANCE HEARING** <br><br> Re: Dkt. No. 19 |

Having reviewed the parties' joint updated case management statement (Dkt. No. 19), the Court hereby **VACATES** the conference set for November 16, 2015. The parties shall submit a joint comprehensive scheduling order. A compliance hearing regarding the same shall be held on **Friday, December 4, 2015** on the Court's **9:01 a.m.** calendar, in the Federal Courthouse, 1301 Clay Street, Oakland, California, Courtroom 1. By **November 20, 2015**, the parties shall file either: (a) the joint comprehensive scheduling order; or (b) a one-page joint statement setting forth an explanation for their failure to comply. If compliance is complete, the parties need not appear and the compliance hearing will be taken off calendar. Telephonic appearances will be allowed if the parties have submitted a joint statement in a timely fashion. Failure to do so may result in sanctions.

**IT IS SO ORDERED.**

Dated: November 10, 2015

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**