UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

**MAURION REASE,**

        Plaintiff,

  v.

**GREEN TREE SERVICING LLC, ET AL.,**

        Defendants.

Case No. 15-cv-00927-YGR

**ORDER DISMISSING CASE WITH PREJUDICE**

Per the Court's order on January 21, 2016 (Dkt. No. 24), the case shall be deemed **DISMISSED WITH PREJUDICE.**

    **IT IS SO ORDERED.**

Dated: April 20, 2016

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT JUDGE**